MARCH 26, 1951.

No. 585.   PRUNK ET AL. *v.* INDIANAPOLIS REDEVELOP-
MENT COMMISSION ET AL.
*Per Curiam:* The appeal is dismissed
for the want of a substantial federal question.   *Edwin
M. S. Steers* for appellants.

No. ——.   COMMUNIST PARTY OF THE UNITED STATES
*v.* McGRATH, ATTORNEY GENERAL.   The petition for an
extension of the stay order is denied.   *John J. Abt* and
*Joseph Forer* for petitioner.   *Solicitor General Perlman,
Robert L. Stern, Robert W. Ginnane, Edward H. Hickey*
and *Howard C. Wood* for respondent.

No. 511.   SICKMAN ET AL. *v.* UNITED STATES.   Beatrice
Sickman, Executrix, substituted as a party petitioner for
Charles Sickman.

No. 392, Misc.   SCHNEIDER *v.* CALIFORNIA ET AL.; and
No. 400, Misc.   WILLIAMS *v.* OVERHOLSER.   The mo-
tions for leave to file petitions for writs of habeas corpus
in these cases are denied.

No. 402, Misc.   WHETSTONE *v.* O'DONOVAN, U. S.
MARSHAL, ET AL.   The motion for leave to file petition
for writ of mandamus is denied.

No. 417, Misc.   McGEE *v.* JONES, SHERIFF, ET AL.
The motion for leave to file petition for writs of habeas
corpus and/or certiorari is denied.   *James T. Wright* for
petitioner.   *J. P. Coleman,* Attorney General of Missis-
sippi, for respondents.